

FILED

MAR - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned
NO IFP      08 - 1 3 4

UNITED STATES OF AMERICA,
BANKRUPT LEGAL FICTION
AIKIA ALTER EGO OF THE
INTERNATIONAL MONETARY FUND

V.

(without prejudice) UCC 1-207, 1-308, 1-103.6
Ushango Owens [Misnomer]
LIBELEJE & VICTIM OF FRAUD

UNITED STATES
DISTRICT COURT

NORTHERN DISTRICT
OF TERRORISM

DELAWARE DIVISION OF
UNREGISTLRED
FOREIGN AGENTS

ADMINISTRATIVE NOTICE OF RETURN OF PROPERTY
F.R.Cr.P 41 (e) INVOKING SUPERVISORY AUTHORITY
PRESENTED BY AFFIDAVIT OF AMICUS CURIAE

USHANGO:OWENS-ALI
IN PROPRIA PERSONA SUI JURIS
In Special Visitation

STATE OF DELAWARE
NEW CASTLE COUNTY

I, Ushango:Owens-Ali, a 'Natural Person' and NOT a 14th
Amendment Corporate Person nor a 'Nom de Guerre' contruct,
nor am I my private, copyrighted, Strawman [Stramineus homo],
TRADE NAME [in all caps], used as a financial lien or gain
without my lawful consent; whose Substantive Rights have been
violated and abridged, standing squarely "In Propria Persona,

Sui Juris and upon my Birthright Nobility, being "In Full Life", duly Affirmed under allegiance to my Nuwaubian Moorish American Nation, Organic "Right Law" Republican Form of Government, North America, and under Oath to the Five Principles of Light- being, Love, Truth, Peace, Freedom and Justice; and being "Part and Parcel" of this said Government, do squarely Affirm and Attest to the Truth. Appearing specially, and not generally. To pray for this Court is in accordance with the universal natural Laws of The Most high, Almighty Supreme Creator, first and foremost and the Laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37; Luke 12: 2 and James 5:12, let my yea be yea, and my nay be nay, as supported by the Federal Public Law 97-280, 96 Stat. 1211. I have personal Knowledge of the subject matter stated herein and hereby asservate understanding the liabilities presented in Briscoe vs. LaHue, 460 U.S. 325

Be it known to all courts, corporations, agencies, governments, unregistered agents, entities, their employees, et. al. (and other parties), that I, Ushango: Owens-ALi, Nuwaubian Moor and Native American, who by blood descend from the aboriginal Indigenous Nuwaubian Moors of the Yamassee Tribe of Native Americans, Seminole, Creek, Washita, Witchetaw Indians, Mound

Builders. In Propria Persona Sui Juris, am a natural, Living, Breathing, Thinking human being, competent, over the age of eighteen; a non-resident Alien, Secured Party, Classified Truth A-1 Freehold, freeborn Sovereign, without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated. Affiant/Libelee / Petitioner states for the Record: 'Declaration of Status': Aboriginal/Indigenous Natural Person; Freehold by Birthright Inheritance. Reference: Declaration Of The Child – International Law – 1959: Principle 3:

"The child shall be entitled from his birth to a name and nationality."

Universal Declaration Of Human Rights Of 1948 – International Law: Article 15:

(1) Everyone has the right to a nationality.

(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

The Rights of Indigenous People E/Cn. 4/Sub. 2/1994/2 /Add. 1 (1994). Part I, Article 5.

Every Indigenous Individual Has The Right To A Nationality.

United States Executive Order 13107: "The Implementation of Human Rights Treaties"

My Authority for this statement is the same as it is for all

Sovereign everywhere; the age-old, timeless, and universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign individual. I voluntarily choose to comply with the man-made laws which serve to bring harmony to society, but no such laws, nor the enforcers, have any authority over me. I am not in any jurisdiction for I am not of a subject status. Observe; ...

"His rights are such as existed by the law of the land (Common Law) UCC 1-103.6 long antecedent to the organization of States and can only be taken from him by due process of law and in accordance with the Constitution. — Hale v. Henkel, 201 U.S. 43 at 47 (1905)

To date, I have not acquiesed or surrendered my personam, property or given my inalienable RIGHT as Sovereign, nor do I wish to contract under any "color of law" UCC 1-201.26 maritime/admiralty jurisdiction that if foreign to the De Jure United States of (for) America Republic, makes this special visitation in the above subject matter and NOTICES to the Court (s) (and all whom cometh) to take Judicial Notice of the enunciation of principles stated in Haines v. Kerner, 404 U.S. 519, (1972), wherein the Court directed that those who are unschooled

(3)

in Law making pleading shall have the Court look to the substance of the complaint rather than the form.

I, Ushango: Owens-ALi, am appearing specially in Propria Persona, Sui Juris, and not generally in personam, to challenge presumption of statue procedural "due process" "action" of tribunal/agent in situs of Maritime Jurisdiction.

· In *Propria Persona*/ Latin- In ones own proper person. It was formerly a rule in pleading that pleas to the jurisdiction of the court must be plead in *propria persona*, because if pleaded by attorney they admit the jurisdiction as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction.

-Black's Law Dictionary 6th Edition

I revoke all direct or indirect delegation of power of attorney (right to represent me in a legal proceeding ) to anyone else, absolutely.

I am not knowledgeable in the law and I am without competent counsel. I deny Miranda attorney for it cannot represent Propria Persona and is admission to the jurisdiction of Territorial

Statutory Maritime jurisdiction, tacit not withstanding.

Lex succurit ignoranti, (The Law assist the ignorant)

Lex semper intendit quod convenit rationi, (The Law always intends what is agreeable).

Lex semper dabit remedium, (The law will always give a remedy).

Commercial law. Presumption. A presumption means that the trier of fact "must" find the existence of the fact presumed unless and until evidence is introduced which would support a finding of its non-existence. UCC 1-201 (31).

(Uniform Commercial Code) UCC 1-301. Territorial Applicability. parties power to choose Law. (A.) Except as otherwise provided in this section, when a transaction bears a reasonable relation, to this State and also in another state or nation. the parties may agree that the law either of this state or of such other states and nations shall govern their rights and duties.

COMES   NOW the Alleged Accused. Ushango: Owens-ALi, whom pray for this Court to have an Order

(5)

directing the Government to return property seized
(U.S. Currency), (FRN) $663.00, C. A. No.: 07M-04-020
by way of force of arms, land piracy, and racketeering and
extortion to be abused on behalf of New Castle
County Inc. police powers and the Unauthorized
Practice of Law Committee, the Bar Terrorists; and
the unlawful proceedings related to this action, vacated
as void and lawless forfeiture. For the Court's lack
of Subject Matter Jurisdiction; the lack of Personam
Jurisdiction; the lack of 'Due Process'; the lack of
an 'Injured Party' (Corpus Delicti); and that the
State does not, nor does any of its subordinate
corporate Entities have any lawful right or
authority to transfer a 'Right' into a 'crime'; nor
does any of its franchised corporate Entities
possess, the lawful right to punish, to incriminate,
or to injure any Natural People or Citizens for the
exercersing of any 'Substantive Right' (or any
otherwise 'secured' - 'Right') exercised by them.
These collective acts are in violation of Title 18
of The Codes of Law for The United States
Republic, and are also in violation of Title 42 of

(6)

the Codes of Law for The United States of America.
Pursuant to F.R.Cr.P 41 (e)

See Memorandum of Law, attached
hereto.

WHEREFORE, accused Ushango:
Owens-ALi ex rel. Ushango Owens moves that his
property be returned.

FURTHER MOOR SAITH NOT

Under the Laws of the United States of America ¯ & pursuant
to Title 28 U.S.C.A. sec. 1746 (1) ¯ 3 without the United States

Date: March 3, 2008
1428 Moorish Calendar

Ushango: Owens=ALi Sui Juris
UCC 1-207 & 1-308
Rights Reserved, Without Prejudice
By Principal, by Special
Visitation, in Proprio Persona
Proceeding Sui Juris

# ARGUMENT

Rule 41 (e) provides:

(e)  Motion for Return of Property. A person aggrieved by an unlawful search and seizure or by the deprivation of property may move the District Court for the district in which the property on the grounds that such person is entitled to lawful possession of the property.    The court shall receive evidence on any issue of fact necessary to the decision of the motion. If the motion is granted, the property shall be returned to the movant/affiant, although reasonable conditions may be imposed to protect access and use of the property in subsequent proceedings. If a motion for return of property is made or comes on for hearing in the district trial after an indictment or information is filed, it shall be treated also as a motion to suppress under Rule 12.

(1)

"Shall" is the language of command.  Anderson v. Yunakau, 67 S.Ct. 428 (1947).

The word cannot be softened into mere permission.  It means "must" for the purpose of sustaining or enforcing an existing right.  West Wisconsin R.Co. v. Foley, 94 U.S. 71 (1877).  See also United States v. Myers, 106 F.3d 936, 941 (10th Cir. 1997), Matter of DP Partners Ltd. Partnership, 106 F.3d 667, n.9 (5th Cir. 1997).

In United States v. La Fatch, 565 F.2d 81, 83 (6th Cir. 1977), cert. denied, 98 S.Ct. 1611 (1978), the court stated, "the general rule is that seized property, other than contraband, should be returned to its rightful owner once the criminal proceedings have terminated."  Accord Sovereign News Co. v. United States, 690 F.2d 569, 571 (6th Cir 1982), cert. denied, 104 S.Ct. 69 (1983).  In United States v. Martinson, 809 F.2d 1364, 1370 (9th Cir. 1987), the Ninth Circuit held that "district court has both the jurisdiction and the duty to return the contested property 'once the government's need for it has ended.'" (cited United States v. Wilson, 176 U.S. App. D.C. 321, 540 F.2d 1100, 1103-4 (D.C. Cir 1976)). "Moreover, the existence of adequate civil

(2)

. -remedies neither discharges the court's duties nor disturbs its jurisdiction." <u>United States v. Wingfield</u>, 822 F.2d 1466, 1470 (10th Cir. 1987); see also <u>Martinson</u>, 809 F.2d at 1368; <u>Wilson</u>, 540 F.2d at 1104. Accordingly, the district court must discharge its duty under Rule 41(e) to hear and decide the issue

Accused /Affiant/Libelee is well aware that the prosecutor in this action will, if he thinks he can get away with it, stack all of the defendant's weapons in front of the jury that are not charged in the indictment in order to prejudice the jury against him.

The prosecutor has a <u>duty</u> to assist in giving a fail trial to the defendant. <u>United States v. Ragen</u>, 86 F.Supp. 382, 387 (N.D.Ill.1949). Unfortunately, the rhetoric in <u>Ragen</u> is far removed from the reality.

The war on drugs of the last decade has emboldened many prosecutors to believe that they are immune from normal rules of procedure in criminal cases. <u>United Stat</u> <u>v. Rugiero</u>, 20 F.3d 1387, 1395 (6th Cir. 1994) ( Merrit, Chief Judge, dissenting).

(3)

The increase in the number of federal prosecuters in recent years has brought in its train problems of quality control. United States v. Van Engel, 15 F.3d 623, 626 (7th Cir. 1993).

Prosecutors are so embroiled in convicting defendant that they have lost sight of justice. See United States v. Griffin, 856 F. Supp. 1293, 1300 (N.D. I11. 1994).

WHEREFORE, accused /affiant / Libelee Ushango: Owens-Ali moves the court that his property be returned.

Under the Laws of the United States of America [pursuant to Title 28 U.S.C.A. sec. 1746 (i)] without the United States

Date: February 25, 2008
Moorish Calendar 1428

Ushango: Owens-Ali
By
Principal, By Special Visitation
In Propria Persona,
Proceeding Sui Juris
Ex rel. Ushango Owens

Subscribed and sworn, UCC 1-207, without prejudice, UCC 1-308, without recourse and with all rights reserved.

(4)

# CAVEAT

This is an Affidavit; an Affidavit is either accurate or it is inaccurate. If the Affidavit is inaccurate, there may be grounds for criminal prosecution; however, on the other hand, an accurate Affidavit must be to attempt to FALSIFY THE RECORD by denying the truth.

All people who are free Nationals are born with the "inalienable Rights" to the inherent nationality of their forefathers, e.g. Moroccan, Sudanese, Chinese, German, Egyptian or Moor. Any act, lawful or disguised, which deprives a person or people of his birthright, given by their Creator is an act of "Denationalization" and "Genocide". These are first degree criminal violations for any government to enact upon a people under Colorable Amendment to its constitutional Laws (UCC 1-201.26) and or statue, codes or acts. Such acts are in dire violation of the U.S. Constitution's Art. 1, Section - 9 (CL3) and sec. 10, which is "Ex Post Facto" and the courts that attempt to enforce the said are "Criminally liable." According to FEDERAL RULE TITLE 18 SECTION 241-242

"No one has the right, especially under calumny, and courts etc. To Denationalize, deprive any rights, privileges or immunities by reason of Color or Race."

Under the U.S. Supreme Court rulings, <u>Hagans v. Lavine</u>, jurisdiction canno't be sustained by a lower court, or entertain and decide any claim of conflict between federal and state laws. Here, it must be remembered only the "proper status" can be heard in the" proper jurisdiction." Hence Affiant hereby and timely rejects any false identification as a <u>Black</u>, <u>African-American</u>, <u>Negro</u>, <u>Colored</u>, or any other identity that falls short of his Duwaubian Moor Nationality.

Courts Enforcing mere statues do not act judicially, but merely ministerially; thus having no judicial Immunity. And unlike Courts of Law, do not obtain jurisdiction by service of process, nor even arrest and compelled appearance."
- <u>Boswell v. Otis</u>, 9 How. 336, 348; to wit.

" ONCE JURISDICTION IS CHALLENGED, IT MUST BE PROVEN"

... By the (Accuser) prosecutor or Judge ON THE RECORD .. before any judge can proceed against your "person" or "property." And this Affiant hereby rejects any and all "Assumable Jurisdiction" to the contrary of these said declarations. Once the jurisdiction of a Court is challenged; it, The Court, must investigate the authenticity of the status in question before it can proceed. That requires The Courts "In Personam" jurisdiction, where it must prove it has the power over personage of the defendant (not "quasi in rem," power over property. Any court, which lacks personal jurisdiction, is also a court without power to issue an "In Personam" judgement. <u>Pennoyer v. Meff</u>, 95 U.S. 714, 24 Led. 565

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein. if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right "without prejudice" UCC 1-207 to amend and make amendment to this document as necessary in order that the

truth may be ascertained and proceedings justly determined. If any man or woman wishes to respond to or rebut the foregoing "Affidavit" or has information that would controvert and overcome the foregoing Affidavit, he or she is required to make such response or rebuttal, using only facts based on firsthand, personal knowledge, within 10 business days of receipt by Written, Controverted, Counter-Affidavit form. Signed Under Penalty of Perjury, before a Public Notary, using his/her Christian name, Controverting and overcoming each and every point of the foregoing AFFIDAVIT, proving with particularity by stating all requisite actual evidentiary Facts and all requisite actual Law and not merely the ultimate Facts or conclusions of Law, that my Facts are substantially and and materially false sufficiently to change materially my status and factual declarations. The foregoing Affidavit is an Instrument in Commerce, and I Here by and Herein Explicitly Reserve all my Rights without Recourse and Without Prejudice UCC 1-207. In Commerce an unrebutted Affidavit noticed on the

public record is the highest form of evidence. Your silence stands as consent to and tacit approval of, the factual Declarations Herein being established as fact, and foregoing Affidavit will stand as Final Judgement in this matter of Law. Failure to respond, nihil dicit, within thirty (30) days of receipt establishes your conditional Acceptance and Liability in the foregoing facts, and the Vacation, Dismissal with prejudice in my favor, Closure, Settlement, and Cancellation of this subject matter; namely FILE:

C. A. No.: 07M- 04-020

Rebuttal Affidavit will be mailed by you Registered or Certified Mail to Secured Party's above mentioned address.

FURTHER MOOR SAITH NOT

Under the Laws of the United States of America & pursuant to Title 28 U.S. C.A. sec. 1746 (1) } without the United States

Ushango: Owens-Ali _____,Sui Juris
By Ushango: Owens- Ali
Principal, by Special Visitation.
in Propria Persona, proceeding
Sui Juris
Ex rel. Ushango Owens

Reserving All Natural God-Given Unalienable Birthrights
Waiving None. Ever.

## 28 USC § 1746

I declare under penalty of perjury under the laws of the
United States of (for) America that the foregoing is true
and correct. 28 USC § 1746

Signed on this the twenty fifth day of the second month in
the year two thousand eight. Moorish Calendar fourteen
twenty eight.

Ushango: Owens-Ali
Ushango: Owens-ALi

Having no wife, no address, no home, and financially
destitude, devastated by BAR TERRORISTS acting
in collusion to overthrow the Constitution for the
United States of America

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing
document was sent by mail, postage prepaid, or
hand delivered to pettifogger shyster groveling for-

UNITED STATES
-filthy lucre.    DISTRIST COURT,        unregistered
British foreign agents and International Monetary
Fund lackey, this twenty fifth day of the second month
in the year of two thousand eight, Moorish Calendar
fourteen twenty eight.

Ushango: Owens-Ali
Ushango: Owens-Ali

Ushango: Owens-Ali ex rel. Ushango Owens SBI #240623
c/o H.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware   Republic [19809]



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington   Territory
Delaware    Republic [19801-3570]

U.S. MIS
X-RAY

ONLY

*Exhibit 'A'*

**NAME OF PERSON PROPERTY WAS SEIZED FROM:** Ushango Owens

**ARTICLE(S) SEIZED:** (including VIN and REG #) Three Six hundred Sixty-three dollars

**DATE SEIZED:** 08 FEB 07

**SEIZING OFFICER's NAME:** Robert Fox

**POLICE AGENCY:** WPD

**POLICE COMPLAINT NO.:** 30-07-10819

## NOTIFICATION OF FORFEITURE

The property described above has been seized by the State of Delaware pursuant to the drug asset forfeiture statue, 16 Del. C. Section 4784. The State of Delaware will move to forfeit the property as provided by law.

## RIGHTS OF PROPERTY OWNERS

1.  You may contest the forfeiture action by filing a Petition for Return of Property in the Superior Court in the county in which the property was seized. The Petitions are available at the Prothonotary's Office. A private attorney may be retrained to represent you.

## PROPERTY RECEIPT

I, _____Ushango Owens_____, agree that the property described above
    PRINT – Do not write

was seized from me. I _____am not_____ the owner of the property.
                        am/am not

_____Ushango Owens_____ U.C.C. 1-207
        Signature            (without prejudice)

Exhibit "B"

**SUPERIOR COURT**
**OF THE**
**STATE OF DELAWARE**

**SHARON D. AGNEW**
PROTHONOTARY, NEW CASTLE COUNTY

NEW CASTLE COUNTY  COURT HOUSE
500  N. KING STREET
LOWER LEVEL 1, SUITE 500
WILMINGTON, DE  19801-3746
(302) 255-0800

JUDGMENT DEPARTMENT
500 N. KING STREET
1ST FLOOR, SUITE 1500
WILMINGTON, DE 19801-3704
(302) 255-0556

January 14, 2008

Ushango Owens
SBI# 240623
1301 East 12th Street
Wilmington, DE 19809

Robert J. O'Neill, Esquire
Department of Justice
820 North French Street
Wilmington, DE 19801

RE: Civil Action No.  07M-04-020
Ushango Owens  vs. State of Delaware
$663.00 US Currency

Dear Mr. Owens:

The Return of Property Hearing in the above captioned case which is scheduled for
Tuesday January 15, 2008 has been taken off the Court Calendar.

Our records in Criminal Case number 0702007817 (State vs. Owens) show that the
$663.00 was forfeited as part of the sentence on the **Resisting Arrest Charge**.

Enclosed is a copy of the sentencing order which indicates the forfeiture of the $663.00.

Very truly yours,

Sharon Agnew
Prothonotary

SA/mda
Enclosure

c:  File





DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

January 14, 2008

The Honorable Michael P. Reynolds
Superior Court of Delaware
New Castle County Courthouse
500 North King Street, Suite 10400
Wilmington, DE 19801

> **Re:** **$663.00 U.S. Currency**
> **Petitioner: Ushango Owens**
> **C.A. No.: 07M-04-020**

Dear Commissioner Reynolds:

A forfeiture hearing was scheduled on January 15, 2008 regarding the return of $663.00 seized from Ushango Owens. The State has just obtained a sentencing order stemming from the criminal charges when the currency was seized. In the sentencing order, the Court ordered the $663.00 forfeited to the State of Delaware. I have enclosed a copy for your review.

Therefore, there is no need to proceed with the forfeiture hearing. In addition, I have enclosed a proposed Order of Forfeiture for your review. If you require any additional information please advise me.

Respectfully submitted,

Robert J. O'Neill, Jr.
Deputy Attorney General

Enclosure
Xc:     Ushango Owens
        Prothonotary's Office
RJO\tjk

**SENTENCING WORKSHEET**

| | |
|---|---|
| **DEFENDANT NAME:** | I: 00240623 |
| **AKA:** Ushango Owens | Date: 9-21-07 |
| | Time: 9:30 |
| **ID NUMBER:** 070200 7817    DOB: 7-11-71 | Judge: mmJ |

**CHARGE:** Resist Arrest

LIO: —

Cr.A. IN07 02 2491    BAC: 7-11-71

☐ No Injury or Death Pursuant to 21 Del. C. § 4205A: Defendants convicted under §4177B(e)(1)a-d; the terms of imprisonment defined in this title may be served at Level 4 as defined in 11 Del. C. §4204(c)(4).

☐ 4214(a)    ☐ 4214(b)

**FINANCIAL**

☑ Pay Costs    ☐ PD Fee/Conflict    ☐ 15% ☐ 18%
☐ Costs Suspended    ☐ Surcharges    ☐ Pay Fine:
    ☐ Diversion Fee    $ _____
    ☐ SARTEP    ☐ Amount Suspended
    $ _____

☐ Civil Penalty
☑ Civil Judgment:

☐ OSCCE to collect
☐ Deemed uncollectible
☐ Transferred to:
Cr.A. _____

☐ VOP/Contempt ☐ Revoked ☐ Not Found ☐ Continued ☐ Modified ☐ Discharged ☐ Withdrawn ☐ Dismissed

☐ Resent/Review ☐ Boot Camp/ Diversion ☐ Boot Camp ☐ 4177(d)(5) ☐ GSP

Effective: 2/8/07    Deferred DATE: _____ Facility _____

Be imprisoned for _____ years _____ months _____ days    At level 5

Level 5 Treatment: _____

☐ Min. Mandatory time: _____    ☐ Credit For: _____
Title/Sec: _____    ☐ No Credit Time Due

*(CIRCLE ONE)*
COMMITMENT
RELEASE
DEFERRED
COMMITMENT

☑ Suspended Immediately    ☐ Suspended Time Served
☐ Suspended After _____    ☑ for LvN    at level 3    Crest / Work Rel / Home conf / VOP center
☐ Suspended After _____    ☐ for _____    at level _____    Crest / Work Rel / Home conf / VOP center
☐ Suspended After _____    ☐ for _____    at level _____    Crest / Work Rel / Home conf / VOP center

Followed by: _____    at level _____    Balance at level _____

☐ Consecutive to: _____    ☐ Concurrent with: _____

☐ Level 4 Sentence. Hold at:    3    4    5

☐ Guilty but Mentally Ill, to be confined at Delaware Psychiatric Center (Delaware State Hospital) until competent.

**RESTIT.**

☐ TBD by AG _____ Days
☐ Determined by ISO
☐ Joint & Several w/co-deft.
ID No. _____

(Victim)
1. _____    AMOUNT: _____
2. _____    AMOUNT: _____
3. _____    AMOUNT: _____

**CONDITIONS**

☐ All Terms and Conditions Re-imposed
☐ Pay costs, fines, restitution
    ○ Previously Ordered
    ○ During Probation
    ○ During / Within _____
☐ No Contact with: _____
_____
☐ Drug Court Standard Conditions
☐ Comm Serv: _____ Hrs
☑ No Driving Per Statute:
Mitigating/Aggravating:    SB 50:

☐ Residential Drug/Alcohol
☐ Outpatient Drug/Alcohol
☐ 4177 DUI Program
☐ Alcohol Treatment
☐ Random Urinalysis
☐ Zero Tolerance
☑ Mental Health Eval.
☑ Sub. Abuse Eval.
☐ No Drugs/Alcohol Unless Medically Prescribed.

☑ Nolle Prosses entered on remaining charges.
☐ Nolle Prosses entered on Criminal Action Number(s):

☐ Parenting
☐ TASC Eval / Monit
☐ DVCC
☐ DHSS Conditions
☐ Anger Management
☐ Obtain GED
☐ Job Training
☑ Fully Employed
☑ Forfeit: 643.00
Other Conditions:

☐ TIER LEVEL:

☐ SEX OFFENDER:
Registration per
11 Del C. § 4120-4122;
11 Del C. § 4336.
☐ 21 Del.C. § 2718
*(Felony Only)*
☐ DNA Testing
☐ HIV Testing

September 27, 2006

| DEFENSE: | DAG: | CLERK: | CT. REPORTER/FTR: | PROBATION: | TASC: |
|---|---|---|---|---|---|

www.delawareonline.com

# Buyers:



When you see this icon in a MarketPlace ad, you can view pictures of the item at delawareonline.com/mp.

The News Journal
Market

...INE
ellstuff.
...nt.
the fields.
...hotos.
...or

...nd

### Place your photo ad over the PHONE

1. Call (302) 324-2424.
2. Place your ad text with the sales representative.
3. Ask for a photo ad.
4. Non-digital photos should be scanned at home or at local photo center.
5. You'll receive a detailed e-mail with order number and link to upload pictures.
6. After uploading pictures another e-mail will be received for confirmation.
7. Shoppers see photos online and icon in print products.

---

## LEGAL NOTICE

I THE MATTER OF THE PPLICATION OF ARTE- IAN WATER COMPANY, IC., FOR A CERTIFI- ATE OF PUBLIC CON- ENIENCE AND NECES- ITY TO PROVIDE WA- ER SERVICES TO ENTY PARCELS OF ND DISTRIBUTED EST OF CLAYTON, ND TO EIGHTEEN PAR- ELS OF LAND DISTRIB- ITED BETWEEN MYRNA AND HESWOLD, KENT OUNTY, DELAWARE ILED FEBRUARY 20, )07)

PSC DOCKET 07-CPCN- 05
("NORTHERN KENT")

n February 20, 2007, Ar- sian Water Company, ic. ("Artesian"), filed an pplication with the Dela- are Public Service Com- ission ("PSC") for a Cer- icate of Public Conven- nce and Necessity CPCN") to provide water ervices to twenty parcels land distributed west of layton, and to eighteen arcels of land distributed etween Smyrna and heswold, Kent County, elaware.

he PSC is investigating iis matter to the extent eemed necessary to de- rmine whether the CPCN .ould be granted. An videntiary hearing on this pplication will not be held nless there is a meritori- us request received with- i thirty (30) days of pub- ation of this notice. A .eritorious request is eemed to be one which ets forth reasonable rounds why a public hear- ig would be appropriate r would be in the public terest.

'ursuant to current law, roperty owners within the roposed CPCN service rea may file an objection ) the issuance of a CPCN ) Artesian and may also :hoose to "opt-out" of in- :lusion in the proposed service area. Written no- ice of such objection or a ecision to "opt-out" of in- :lusion in the proposed service area must be sent to the Delaware Public Service Commission at the ollowing address within

## Bids & Proposals

### ADVERTISEMENT FOR BIDS

Sealed bids for Contract No. FY07-TJW-011 - Cape Henlopen School District, New Fire Alarm System at the Fred Thomas Consorti- um, will be received by the Cape Henlopen School District, 1270 Kings High- way, Lewes, Delaware 19958 until 11:00 a.m. lo- cal time on Wednesday, April 18, 2007 at which time they will be publicly opened and read aloud.

A MANDATORY Pre-Bid Meeting will be held on April 4, 2007 at 1:30 p.m. at the Cape Henlopen Dis- trict Office for the purpose of establishing the listing of subcontractors and to answer questions. Repre- sentatives of each party to any Joint Venture must at- tend this meeting. AT- TENDANCE OF THIS MEETING IS A PREREQ- UISITE FOR BIDDING ON THIS CONTRACT.

Sealed bids shall be ad- dressed to the Cape Hen- lopen School District, 1270 Kings Highway, Lewes, Delaware. The outer enve- lope should clearly indi- cate: "CONTRACT NO. FY07-TJW-011 - SEALED BID - DO NOT OPEN."

Contract Documents may be obtained at the Pre-Bid Meeting upon receipt of $35 per set/nonrefundable. Checks are to be made payable to "Furlow Associ- ates, Inc."

Each bid must be accom- panied by a bid security equivalent to ten percent of the bid amount and all additive alternates. The Owner reserves the right to reject any or all bids and to waive any informalities therein. The Owner may extend the time and place for the opening of the bids from that described in the advertisement) of not less than two calendar days no- tice by certified delivery, facsimile machine or other electronic means to those bidders receiving plans.
END OF ADVERTISE- MENT FOR BIDS
3/19,26-NJ

## Big reach.
## Small price.

The News Journal
MarketPlace
Sell your
STUFF
302-324-2424
delawareonline.com



- Reach as many as 9 out of 10 New Castle County adults.
- Your ad runs in The News Journal, Spark, Shopper's Guide and delawareonline.com.
- Items $400 - $2,500 cost only $20.49.*
- Items $2,501 - $4,999 cost only $25.49.*

*All prices are for 4 lines. Price must be included in the ad. Private individuals, noncommercial merchandise only.

Source: Wilkerson and Associates; 2005.

302-324-2424
delawareonline.com/sellstuff

The News Journal
MarketPlace

Notice is hereby given that the properties listed below were seized for violation of Title 16 of the Delaware Code. Owners or lienholders who can establish that the property was forfeited by an act or omission committed or omitted without their consent may apply for remission at the office of the Attorney General, Forfeiture Division, Wilmington, Delaware. Persons desiring to contest the forfeiture of assets seized pursuant to Title 16 of the Delaware Code, Section 4784, may protect their interest by filing a civil petition in Superior Court within 45 days after the date of this notice, or mailed notice, whichever is later. Superior Court Civil Rule 71.3 sets out the requirements for filing a civil forfeiture petition.

From: Kevin White
Agency: Wilmington Police
Where: Jensen Drive
Date Seized: 02/20/07
Article: $410.00 US Currency

From: Ushango Owens
Agency: Wilmington Police
Where: N Connell Street
Date Seized: 02/08/07
Article: $663.00 US Currency

From: Tyquan Williams
Agency: Georgetown Police
Where: North Street
Date Seized: 02/14/07
Article: $410.00 US Currency

From: Travis Andrews
Agency: Georgetown Police
Where: North Street
Date Seized: 02/14/07
Article: $225.00 US Currency

From: Saleem Muwwakkl
Agency: Delaware State Police
Where: 701 1A Robinson Lane
Date Seized: 02/20/07
Article: $1,110.00 US Currency

From: Demetrius Harris
Agency: Delaware State Police

From: Anthony Stanley
Agency: Wilmington Police
Where: N Claymont Street
Date Seized: 02/23/07
Article: $465.00 US Currency

From: Eric Edwards
Agency: Delaware State Police
Where: E Newport Pike
Date Seized: 02/28/07
Article: $1,497.00 US Currency

From: Arlita Denson
Agency: Dover Police
Where: Simon Circle
Date Seized: 02/24/07
Article: $200.00 US Currency

From: Karim Rahmond
Agency: New Castle County Police
Where: Woods Edge Apts
Date Seized: 02/07/07
Article: $902.00 US Currency

From: Jalare Williams
Agency: New Castle County Police
Where: Market Street
Date Seized: 03/01/07
Article: $1,533.00 US Currency

From: Jamau Curry
Agency: New Castle County Police

Appellation: Ushango: Owens-NLi Sovereign Title of Corporate Name Ushango Owens
Domicile: C/o Oshb Hudson, 1208 Pearl St. Wilmington, Delaware Territory
Postal Zone 302: Near [1980]

## AFFIDAVIT OF STATUS AND NOTICE OF TORT FOR WANT OF JURISDICTION

Notice To Agent Is Notice To Principal, Notice To Principal Is Notice To Agent

## DECLARATION

I, Ushango: Owens, In Propria Persona, ex rel. Ushango: Owens am a Living, Breathing,
Thinking human being, in Sui Juris, who by blood descend from the Indigenous Nuwaubian Moors of the
Yamassee Tribe of Native Americans, Seminole, Creek, Washita, Witchetaw Indians, Mound
Builders, over the age of eighteen, a non-resident Alien, Secured Party, Classified Truth A-1 Freehold,
who does not wish to contract under any color of law jurisdiction that if foreighn to the De Jure United
States of (for) America Republic, makes this special visitation in the above matter and NOTICES B the
Court(s) (and all whom cometh) to take Judicial Notice of the enunciation of principles stated in Haines v.
Kerner, 404 U.S. 519, (1972), wherein the Court directed that those who are unschooled in Law making
pleading shall have the Court look to the substance of the complaint rather than the form. Let my yea be
yae, and my nay be nay, as supported by your Federal Public Law 97-280, 96 stat.1211. I have personal
knowledge of the matter stated herein and hereby asservate understanding the liabilities presented in
Briscoe vs. LaHue, 460 U.S. 325

Be it known to all courts, governments, and other parties, that I, Ushango: Owens, Nuwaubian Moor
and Native American, Secured Party, am a natural, freeborn Soveriegn, without subjects. I am neither
subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I
dominated. (see attached copies of Affiants Nationality card/and International Road Travel Card). My
Authority for this statement is the same as it is for all Sovereign everywhere: the age-old, timeless, and
universal respect for the intrinsid rights, property, freedoms, and responsibilities of the Sovereign
individual. I voluntarily choose to comply with the man-made laws which erve to bring harmony to society,
but no such laws, nor the enforcers, have any authority over me. I am not in any jurisdiction, for I am not of
a subject status. Observe; . . .

"His rights are such as existed by the law of the land (common Law) long antecedent to the organization of
the States and can only be taken from him by due process of law and in accordance with the Constitution. –
Hale v. Henkel, 201 U.S. 43 at 47 (1905)

## ATTENTION AGENT: NOTICE: UCC 1-201.26 "COLOR OF LAW"
## 42 U.S.C.A. 1983

I, Ushango: Owens, am appearing specially in Propria Persona, Sui Juris, and not generally in
personam, to challenge presumption of statue procedural "due process action of tribunal/agent in situs of
Maritime Jurisdiction.

• In Propria Personal Latin- In ones own proper person. It was formerly a rule in pleading that pleas to
the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the

jurisdiction as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits the jurisdiction.

-Black's Law Dictionary 6ᵗʰ Edition

(Uniform Commercial Code) UCC 1-301. Territorial Applicability, parties power to choose Law. (A.) Except as otherwise provided in this section, when a transaction bears a reasonable relation to this State and also in another state <u>or nation, the parties may agree that the law either of this state or of such other states and nations shall govern their and duties.</u>

To date I have not acquiesced and or given my inalienable RIGHT to be held to the standard of my own **United Nuwaubian Nation of Moors Constitution**, IN FORCE; nor my **Zodiac Constitution**, IN FORCE, nor my **Moroccan Treaty of Peace and Friendship of (1787)** suspended by **The Treaty of Peace And Friendship of (1836)**, IN FORCE, nor my **Sundry Free Moors Act (1790)**; nor my **Treaty With The Comanche, etc. 7 stat. 474, August 24, 1835, Proclaimed May,\*\*\*, 1836**; nor my, **Council of 12 Elders**. Therefore, absent mutuality of agreement of applicable LAW based on My Indigenous status all offending parties/agents/agencies/court(s) et. Al. thereby are forever barred and dismissed in <u>Want of Jurisdiction.</u>

## STATEMENT OF FACTS

Treaties:

1. **1753 A.D.** First treaty recorded:

Abdel Condor and Mahamut- Moors from the Barbary Coast (West Africa) granted diplomatic status by the South Carolinean Royal Authorities.

2. **1777 A.D.** United States and Moracco- entered into a Treaty which had Morocco became the first Sovereign Nation to recognize America as an independent country. As a result ALL Moors were granted Diplomatic Immunity in the U.S.

3. **1787 A.D.** Abdel- Khak and Sultan Muhammad Ibn Abdullah- who were both Moors signed a treaty of "Peace And Friendship" with George Washington. This treaty was signed on the Delaware River meaning these particular Moors lived in Delaware making them Delaware Moors and they were granted Diplomatic Immunity and so were all of there descendants. (attached)

4. **1790 A.D.** Moor Sundry Act- was entered into law which granted all Moors and descendants of Moors "National" and "Diplomatic Status"

5. **1836 A.D.** Treaty With The Comanche, etc.- Treaty with, the Camanche and Witchetaw Indians and their associated bands. Also granting "Diplomatic Immunity" status signed at Camp Holmes, on the Eastern border of the Grand Prairie, near the Canadian river, in the Muscogee nation ensuring peace with the United States. (attached)

6. The Constitution and Treaties in force are the basis for federal laws. These tools are the standards for National and International RELATIONS and INTERCHANGE

7. In all matters of controversy Moors shall be accorded relief pursuant to Certificate No.# AA222141. That is . . . .

**The Code Of The Laws Of The United States Of America Of A General And Permanent Character**
**IN FORCE** January 3,1935 (1934 Edition)

Title **22**:    Chapter **2**:    Section **141**

Title 22: FOREIGN RELATIONS AND INTERCOURSE, page 954

Chapter2: CONSULAR COURTS

Section 141: Judicial authority generally . . .

. . . . also . . . .

Title 22:        Chapter 2:      Section 142

General Jurisdiction in Criminal cases

&

Title 22:        Chapter 2:      Section 143

General Jurisdiction in Civil cases.

Hence, the purpose for the above affirm and confirm the pre-existing STATUS of the Moors in all matters of interchange, Commerce and Law with the European side of this nation.

8.   I am not in possession of any information that can deny that this Moor National should not fall within the parameter of 26 U.S.C. § (30) (B) and thus should be subject unto "foreign laws" governing his national origin.

## CAVEAT

All people who are free Nationals are born with the "inalienable Rights" to the inherent nationality of their forefathers, e.g. Chinese, German, Egyptian or Moor. Any act, lawful or disguised, which deprives a person or people of this birthright, given by their Creator is an act of "Denationalization" and "Genocide". These are first degree criminal violations for any government to enact upon a people under Colorable Amendment to its constitutional Laws and or statute, codes or acts. Such acts are in dire violation of the U.S. Constitution's Art. 1, Section-9 (CL3) and 10, which is "Ex Post Facto" and the courts that attempt to enforce the said are "Criminally liable." According to

## FEDERAL RULE TITLE 18, SECTION 241-242

*"No one has the right, especially under Cadges, and courts etc. To Denationalize, deprive any rights, privileges or immunities by reason of Color or Race. "*

Under the U.S. Supreme Court rulings,**Hagans v. Lavine**, jurisdiction cannot be sustained by a lower court, or entertain and decide any claim of conflict between federal and state laws. Here, it must be remembered only the "proper status" can be heard in the "proper jurisdiction." Hence Affiant hereby and timely rejects any false identification as a Black, African- American, Negro, Colored or any other identity that falls short of his Nuwaubian Moor Nationality.

*Courts Enforcing mere statutes do not act judicially, but merely ministerially; thus having no judicial Immunity. And unlike Courts of Law, do not obtain jurisdiction by service of process, nor even arrest and compelled appearance. "*- Boswell v. Otis, 9 How. 336, 348; to wit.

## "ONCE JURISDICTION IS CHALLENGED, IT MUST BE PROVEN"

. . . By the (Accuser) prossecuter or Judge ON THE RECORD . . before any judge can proceed against your "person" or "proberty". And this Affiant hereby rejects any and all "Assumable Jurisdiction" to the contrary of these said declarations. Once the jurisdiction of a Court is challenged, it, The Court, must investigate the authenticity of the status in question before it can proceed. That requires The Courts "In Personam" jurisdiction, where it must prove it has the power over personage of the defendant (not "quasi in rem"; power over property. Any court, which lacks personal jurisdiction, is also a court without power to issue an "In Personam" judgement. (Pennoyer v. Meff, 95 U.S. 714, 24 Led. 565

9.  Affiant and all Moors protected by Treaty only recognizes matters of controversy presented in an Article III court, with an Article III Judge.

10. "If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties and whenever the Consul shall require any aid or assistance form our government to enforce his decision it shall be immediately granted to him." – Excerted from Article 20 of the Treaty of Peace and Friendship, ratified by the United States July 18, 1787, IN FORCE.

If any man or woman wishes to respond to or rebut the foregoing "Affidavit of Status and Notice of Tort For Want of Jurisdiction," or has information that would controvert and overcome the foregoing "Affidavit of Propria Persona Special Appearance De Bene Esse, non Grant Executory In Personam and Abatement Per Rule 12 (b)", he or she is required to make such response or rebuttal, using only facts based on first-hand, personal knowledge, within 10 bussiness days of receipt by Written, Controverted, Counter-Affidavit form. Signed *Under Penalty of Perjury*, before a Public Notary, using his/her Christian name, Controverting and overcoming each and every point of the foregoing "Affidavit of Status and Notice of Tort For Want of Jurisdiciton," proving with particularity by stating all requisite actual evidentiary Facts and all requisite actual Law and not merely the ultimate Facts or conclusions of Law, that my Facts are substantially and materially false sufficient for changing my factual Declarations. The foregoing "Affidavit of Status and Notice of Tort for Want of Jurisdiction" is an Instrument in Commerce, and I Hereby and Herein Explicitly Reserve all my Rights without Recourse and Without Prejudice. In Commerce an unrebutted Affidavit noticed on the public record is the highest form of evidence. Your silence stands as consent to and tacit approval of, the factual Declarations Herein being established as fact, and foregoing "Affidavit of Status and Notice of Tort for Want of Jurisdiction" will stand as Final Judgment in this matter. Failure to respond, nihil dicit, within thirty (30) days of receipt establishes your unconditional Acceptance and or Liability in the foregoing facts, and the Vacation, Dismissal with prejudice in my favor, Closure, Settlement and Cancellation of this matter, namely FILE: · **C. A. No.: 0702007817,** · **C.A. No.: 01M-01** Rebuttal Affidavit will be mailed by you Registered or Certified Mailed to Secured Party's above mentioned address.

**FURTHER MOOR SAITH NOT**

Under the Laws of the United States of America {pursuant to Title 28 U.S.C.A. sec. 1746 (1)}

(without prejudice > UCC i- 308, 1-207, 1-103

*Ushango: Qwens- ALi*

By                                                                    Date: October 12,2007
                                                                       1427 Moorish Calendar

Principal, by Special Visitation, in Propria Persona, proceeding Sui Juris Ex rel.

Subscribed and sworn, UCC 1-207, without prejudice, UCC 1-308, without recourse and with all rights reserved.

Rodderick Jefnasse  12/18/07
Witness/notary public          Date

Appellation: Ushango: Owens- Ali Sovereign Title of Corporate Name Ushango Owe
Domicile: C/o Osha Hudson. 1208 Pearl St. Wilmington. Delaware Territory
Postan Code: 302 Near { 1980 }

**Affidavit of Propria Persona Special Appearance De Bene Esse, Non Grant**

**Executory In Personam And Abatement Per Rule 12 (b)**

Re: Personam Express Representation Estoppel To Agency Summons/Presentment, Act

22:25

ATTENTION AGENT: NOTICE: UCC 1-201.26 "COLOR OF LAW" 42 U.S.C.A. 1983

I, Ushango: Owens- Ali; ex rel. Ushango Owens, a Moor American National and
Sovereign, am appearing in special Propria Personam and not general in personam to
challenge presumption of stature procedural "due process" "action" of tribunal in situs of
Maritime Jurisdiction. My writing of "without prejudice" is "material alteration and
evidence" at UCC 3-407.1. I "declare" my representation as notice of "entitlement to all
privileges and immunities of the several states" at Article I Section 2 clause I of the
United States of (for) American Republic Constitution. Article III Judiciary and the
Supreme Court has original Jurisdiction in this case.

Agency police power is bound to Article I statue at Negotiable Instrument Law of U.C.C.
3-104.2. Activation of Police Power is "unconditionally" assented by "dishonor" of statue

for "reasonable cause" and agency may action persons of territorial subject matter jurisdiction "only at Article II

I hereby refute, abrogate, and void signature ab initio of agency presumptuous or "unconscionable" instruments as UCC 2-302 and any and all power of attorney. "Without dishonor" there are no De Jure certified creditable, or negotiable instrument within the administrative record which obligate or assent waiver of state citizen "privilege" and exemption to de facto agency action. The UCC 3-104.1 instrument I "signed" was "conditional" for DURESS and "COLOR OF LAW" were at elliptical fraud upon the obligatory presentment. The doctrine of ESTOPPEL by "concealment and suppression applies when there has been reduction to practice of invention" or devise.

I am not made liable to Appear or Promise at Ucc 3-104.3 and perjury is vitiated. I am not knowledgeable in the law and I am without competent counsel. I deny "Miranda" attorney for it cannot represent this Moorish American who is in Propria Persona, and is admission to the jurisdiction of territorial statutory maritime jurisdiction, tacit not withstanding.

Speaking demurrer declares Rule 12 (b) dismissal and Amendment IV "Probable Cause supported by Oath or Affirmation for warrant of my personam to be "certified" upon administrative record. There is no creditable witness "without color" and no victim of the Common law certified on the Record. California Code 22.2 requires the "statute be read in harmony with the common law as does the Article III Power within UCC 103.6
I further confess and avoid out of court, to any person, agency, official or otherwise, that there is a reasonable inference to the contrary that probable cause is express and substantial upon the Administrative Record.

**CAVEAT**

Administrative agent (cy) has 30 days to rebut and ESTOPPEL of Agency is in effect.

Please be specific in your "lawful" cause of action and include only substantive claim of

agent

Notice To Principal Is Notice To Agency

Notice To Agency Is Notice To Principal, applies to this document

Ushango: Owens-HLi, pexrell Shango Owens
Sui Juris

UCC 1-207 & 1-308,

Rights Reserved, Without Prejudice

Truth A-1, Freehold

AA222141

National Consensus #: 11

UN #215-083-072

Date  12/18/07

Notary Public