IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
USHANGO OWENS,                    )
                                  )
          Plaintiff,              )
                                  )
     v.                           ) Civil Action No. 08-134-JJF
                                  )
BANKRUPT LEGAL FICTION AIKIA      )
ALTER EGO OF THE INTERNATIONAL)
MONETARY FUND,                    )
                                  )
          Defendant.              )
```

**ORDER**

1.    The plaintiff Ushango Owens, SBI #240623, a <u>pro</u> <u>se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee or a request to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.

2.    Pursuant to 28 U.S.C. § 1915(b), the plaintiff shall be assessed the filing fee of $350.00.

3.    Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, the plaintiff shall submit to the Clerk of Court, a request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and a certified copy of his prison trust fund account statement (memorandum or institutional equivalent, with attachments) **showing all deposits, expenditures and balances** during the six-

month period immediately preceding the filing of the complaint,
obtained from the appropriate official at each institution at
which the plaintiff is confined. **FAILURE OF THE  PLAINTIFF TO
RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE
THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION
WITHOUT PREJUDICE.**

4.  Unless the Court determines from the plaintiff's
financial information that he has no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiff's average monthly deposit or average monthly
balance in the trust fund account shall be required to paid
before the court reviews the complaint. **NOTWITHSTANDING ANY
PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE
COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS
TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS
MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH
RELIEF.**

5.  Pursuant to 28 U.S.C. § 1915(g), if the plaintiff
has had three or more actions dismissed by the Court on the
grounds that they were frivolous, malicious, or failed to state a
claim upon which relief may be granted, then the Court shall deny
the plaintiff leave to proceed in forma pauperis in all future
suits filed without prepayment of the filing fee, unless the

2

Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: March 20, 2008

United States District Judge