(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Ushango: Owens- Ali ex rel. Ushango Owens In: Proprie Persona (Not Pro Se) Sui Juris
(Name of Plaintiff)    (Inmate Number)

c/o H.R.U.C.I. P.O. Box 9561, Wilm, De [19809]
(Complete Address with zip code)

(2) Bankrupt Legal Fiction A/K/A alter ego of the International Monetary Fund
(Name of Plaintiff)    (Inmate Number)

08-134-JJF
(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Bankrupt Legal Fiction A/K/A alter ego of the International monetary Fund

(2) Internal Revenue Service

(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

(1:07-cv-365 JJF) 6/20/07

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (**Yes**) • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (**Yes**) • No

C. If your answer to "B" is Yes:

1. What steps did you take? filed the proper paper work and grievance forms, notified the Warden, Counselors, etc.

2. What was the result? To no avail was I accommodated.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: John Doe U.S. / Internal Revenue Service (Corporate Entity)

Employed as Withheld agents at Internal Revenue Service

Mailing address with zip code: Department of the Treasury (IRS) Kansas City, Missouri, 64999-0025

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Defendant John Lad, U.S. (IRS); (Corporate Entity) Treasury Decision 2313 explains that John Lad (withholding agent) IRS is responsible for withholding the tax from sources within the (United States) for filing a Form 1040NR and for paying over the tax

2. withheld from said non-resident alien. No penalties should accrue to the Plaintiff. John Lad has no property interest in Ushungo: Owens-Ali's income tax "return" (past over due since Dec. 31, 2006) therefore no taxable income accrues therefrom. Defendant

3. committed FRAUD, racketeering, violation of 18 U.S.C. 1951 §§ 1961 et seq. (mail fraud) see 31 U.S.C. 333, 18 U.S.C. §1031

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. injunctive relief; punitive damages; compensatory damages; declaratory judgement; demand that disallowed claim of tax be awarded to plaintiff, ($1,698.00), ($92.00) allowed be award to plaintiff and or $35,000 cash, "silver" coin or "gold" -- which is ($900.00 dollars an once). Grant such other relief as it may appear that plaintiff is entitled.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2 0 0 9.

(without prejudice)
Ushango: Owens-Ali   UCC 1-207, 1-308, 1-103.6
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



Ushango: Owens- ALi ex rel. Ushango Owens SBI #240623
c/o N.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic [19809]

Near

Office of the Clerk
(DCUS) District Court of the United States
844 N. King St. Lockbox 18
Wilmington Territory
Delaware Republic [19809]   LEGAL MAIL ONLY