AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Ushango: Owens-Ali (without prejudice) UCC 1-207, 1-308, 1-103.6

Plaintiff

v.

Bankrupt Legal Fiction a/k/a alter ego of the International Monetary Fund,

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-134-JJF

I, Ushango:Owens-Ali, In Propria Personae, Sui Juris (Not Pro Se) declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • (Yes)   • •No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __H.R.U.C.I.__

   Inmate Identification Number (Required): __SBI # 240623__

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • •Yes   • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __February 8, 2007__

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • (No) |
   | e. | Gifts or inheritances | • • Yes | • (No) |
   | f. | Any other sources | • • Yes | • (No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?     • • Yes    (• • No)

    If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                    • • Yes    (• • No)

    If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    T, T, I (dependent) N/A ward of the state.
    16 year old son

I declare under penalty of perjury that the above information is true and correct.

_1 / 08_                    (without prejudice)
DATE                        Ushango: Owens-Ali UCC 1-207, 1-308, 1-103.6
                            SIGNATURE OF APPLICANT
                            (under protest)

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
01/31/08 09:42
ST 007 / OPR SJW

SBI             : 240623
Resident Name   : OWENS, USHANGO
Time Frame      : 08/01/2007 22:25 - 01/31/2008 09:42

------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR    Receipt #       Amount    Balance
------------------------------------------------------------------------------------

08/03/2007   09:45   Credit            11   WLH    K4959            16.41      19.72
08/06/2007   13:44   Order              2   WLH    B179147          13.99       5.73
08/13/2007   10:40   Order              2   DDT    B180065           5.68       0.05
08/27/2007   08:55   Add                4   gmw    D74482          260.00     260.05
08/27/2007   13:39   Order              2   DDT    B181977          58.63     201.42
08/28/2007   13:58   Credit             3   WLH    C21888           10.34     211.76
08/31/2007   10:27   Withdrawal         6   SJW    F31444           50.00     161.76
08/31/2007   10:33   Withdrawal         6   SJW    F31447          100.00      61.76
08/31/2007   13:41   Rec Payment       10   bsp    J11789            1.50      60.26
09/03/2007   10:44   Order              2   WLH    B182897          46.12      14.14
09/05/2007   13:25   Order              3   AFC    C22028            2.20      11.94
09/10/2007   11:05   Order              2   DDT    B183878          11.85       0.09
09/21/2007   11:46   Add                4   J      D76029          100.00     100.09
09/25/2007   05:34   Order              2   DDT    B185806          59.44      40.65
10/01/2007   08:55   Add                4   gmw    D76499           24.00      64.65
10/01/2007   11:18   Order              2   DDT    B186705          30.51      34.14
10/02/2007   10:41   Credit             3   AFC    C22867            1.10      35.24
10/02/2007   10:42   Order              3   AFC    C22868           15.41      19.83
10/02/2007   10:44   Credit             3   AFC    C22869           12.25      32.08
10/04/2007   13:21   Rec Payment       10   bsp    J12284            2.00      30.08
10/04/2007   14:57   Withdrawal         6   SJW    F32276           16.00      14.08
10/08/2007   09:43   Order              2   DDT    B187577          14.06       0.02
10/29/2007   09:44   Add                4   gmw    D78024           40.00      40.02
10/29/2007   10:22   Order              2   DDT    B190459           6.10      33.92
10/29/2007   13:49   Rec Payment       10   bsp    J12373           17.25      16.67
10/30/2007   11:27   Credit             3   WLH    C23314            2.00      18.67
10/31/2007   11:56   Rec Payment       10   bsp    J12391           10.45       8.22
11/05/2007   09:45   Order              2   DDT    B191292           3.63       4.59
11/07/2007   11:45   Rec Payment       10   bsp    J12422            4.00       0.59
11/12/2007   09:02   Order              2   AFC    B192260           0.59       0.00
12/14/2007   11:29   Add                4   J      D80807          100.00     100.00
12/18/2007   09:55   Order              2   AFC    B197383          44.99      55.01
12/21/2007   13:11   Withdrawal         6   SJW    F34075           50.00       5.01
12/31/2007   14:05   Withdrawal         6   SJW    F34183            2.64       2.37
01/02/2008   06:19   Order              2   DDT    B199269           2.36       0.01
```