IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


USHANGO OWENS,                      )
                                    )
          Plaintiff,                )
                                    )
     v.                             ) Civil Action No. 08-134-JJF
                                    )
BANKRUPT LEGAL FICTION AIKIA        )
ALTER EGO OF THE INTERNATIONAL)
MONETARY FUND,                      )
                                    )
          Defendant.                )


**ORDER**


     1.   The plaintiff Ushango Owens, SBI #240623, a pro se

litigant who is presently incarcerated, has filed this action

pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee

or a request to proceed in forma pauperis pursuant to 28 U.S.C. §

1915.

     2.   On March 20, 2008, this Court assessed the

plaintiff the $350.00 filing fee and ordered him to provide a

request to proceed in forma pauperis and a certified copy of his

prison trust fund account statement for the six-month period

immediately preceding the filing of the above-referenced

complaint.  The plaintiff submitted the required documents on

April 8, 2008.  Based on the plaintiff's submissions, his request

to proceed in forma pauperis is granted.

     3.   In evaluating the plaintiff's account information

pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that the plaintiff has an average account balance of $14.80 for the six months preceding the filing of the complaint.  The plaintiff's average monthly deposit is $94.36 for the six months preceding the filing of the complaint.  Accordingly, the plaintiff is required to pay an initial partial filing fee of $18.87, this amount being 20 percent (20%) of $94.36, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint.  **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court the attached authorization form allowing the agency having custody of him to forward the $18.87 initial partial filing fee and subsequent payments to the Clerk of the Court.  FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

       4.    Upon receipt of this order and the authorization

form, the Warden or other appropriate official at Howard R. Young

Correctional Institution, or at any prison at which the plaintiff

is or may be incarcerated, shall be required to deduct the $18.87

initial partial filing fee from the plaintiff's trust account,

when such funds become available, and forward that amount to the

Clerk of the Court.  Thereafter, absent further order of the

Court, each time that the balance in plaintiff's trust account

exceeds $10.00, the Warden or other appropriate official at

Howard R. Young Correctional Institution, or at any prison at

which the plaintiff is or may be incarcerated, shall be required

to make monthly payments of 20 percent (20%) of the preceding

month's income credited to the plaintiff's trust account and

forward that amount to the Clerk of the Court.

   5.    Pursuant to 28 U.S.C. § 1915(g), if the plaintiff

has had three or more actions dismissed by the Court on the

grounds that they were frivolous, malicious, or failed to state a

claim upon which relief may be granted, the Court shall deny the

plaintiff leave to proceed in forma pauperis in all future suits

filed without prepayment of the filing fee, unless the Court

determines that the plaintiff is under imminent danger of serious

physical injury.

DATED: April 11, 2008        _____
                             United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


USHANGO OWENS,                    )
                                 )
        Plaintiff,               )
                                 )
        v.                       )  Civil Action No. 08-134-JJF
                                 )
BANKRUPT LEGAL FICTION AIKIA     )
ALTER EGO OF THE INTERNATIONAL   )
MONETARY FUND,                   )
                                 )
        Defendant.               )


## AUTHORIZATION

I, Ushango Owens, SBI #240623, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $18.87 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated _____, 2008.

This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _____, 2008.


                              _____
                              Signature of Plaintiff