IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



FILED
MAY -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-134-JJF |
| BANKRUPT LEGAL FICTION AIKIA ALTER EGO OF THE INTERNATIONAL MONETARY FUND, | ) |
| Defendant. | ) |

**AUTHORIZATION**

I, Ushango Owens, SBI #240623, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  4|11|  , 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: May, 6 , 2008.

UCC 1-207, 1-308, 1-103.6
(without prejudice)  (Not Pro Se)
Ushango Owens-Ali, Sui Juris
Signature of Plaintiff
Principal, In Special Visitation
In Propria Persona, proceeding
Sui Juris



Shango's Owens-III.
c/o H.R.Y.C.I.
P.O. Box 9561
Wilmington, [19809]
DELAWARE, USA

Office of the Clerk
District Court of the United States
844 N. King St., Lock Box 18
Wilmington, [19801]
DELAWARE, USA