IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS, | : |
| | : |
|     Plaintiff, | : |
| | : |
|     v. | : Civil Action No. 08-134-JJF |
| | : |
| UNITED STATES OF AMERICA, | : |
| BANKRUPT LEGAL FICTION | : |
| a/k/a ALTER EGO OF THE | : |
| INTERNATIONAL MONETARY FUND, | : |
| and INTERNAL REVENUE SERVICE, | : |
| | : |
|     Defendants. | : |

### ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Amended Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). Amendment of the Complaint would be futile

_7-1-08_
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE